# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARRETT CASON, <br>                            Petitioner, <br> v. <br> LOUIS WILLIAMS, Warden, <br>                            Respondent. | Case No.: 19cv0621-GPC (BGS) <br><br> **ORDER GRANTING SECOND IN FORMA PAUPERIS APPLICATION** |

On March 29, 2019, Petitioner, a federal prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with an application to proceed in forma pauperis. (ECF Nos. 1-2.) On April 9, 2019, the Court denied the in forma pauperis application because Petitioner had not included an affidavit with a statement of all assets showing an inability to pay the $5.00 filing fee as required by Southern District of California Local Rule 3.2. (ECF No. 3.) The Petition was dismissed without prejudice to Petitioner to provide the Court with the required affidavit or pay the filing fee on or before June 2, 2019. (Id.)

On August 3, 2019, Petitioner filed a Second Motion to proceed in forma pauperis. (ECF No. 10.) Although the new application is untimely, the Court excuses the late filing based on Petitioner's declaration regarding his efforts to timely renew his application. (See ECF No. 10-1 at 6-8.)

Petitioner's affidavit indicates he has no funds available to pay the filing fee. (<u>Id.</u> at 2.) Accordingly, the Court **GRANTS** Petitioner's application to proceed in forma pauperis and allows him to prosecute the above-referenced action without being required to prepay fees or costs and without being required to post security.

**IT IS SO ORDERED.**

Dated: December 18, 2019

Hon. Gonzalo P. Curiel
United States District Judge